```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN DAVIS, on behalf of himself and all                   :
others similarly situated,                                  :
                                                            :
                               Plaintiff,                   :        21-CV-6189 (VSB)
                                                            :
               -against-                                    :           ORDER
                                                            :
PANGEA HOLDINGS INC.,                                       :
                                                            :
                               Defendant.                   :
                                                            :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on July 20, 2021.  (Doc. 1).  Plaintiff returned a summons indicating that Defendant was served on August 17, 2021.  (Doc. 5.)  The deadline for Defendant to respond to Plaintiff's complaint was September 7, 2021.  (*See id.*)  Defendant never responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 22, 2021.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 6, 2021
            New York, New York

                                                                                       _____
                                                                                      VERNON S. BRODERICK
                                                                                       United States District Judge