UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KEVIN DAVIS, on behalf of himself and all  :
others similarly situated,                 :
:
                             Plaintiff,  :        21-CV-6189 (VSB)
:
                -against-                 :        **ORDER**
:
PANGEA HOLDINGS INC.,                      :
:
                           Defendant. :
:
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff filed this action on July 20, 2021. (Doc. 1). Plaintiff returned a summons indicating that Defendant was served on August 17, 2021. (Doc. 5.) The deadline for Defendant to respond to Plaintiff's complaint was September 7, 2021. (*See id.*) Defendant never responded to the complaint. On October 6, 2021, I directed Plaintiff "to seek a default judgment . . . by no later than October 22, 2021," and I cautioned that failure to do so would result in dismissal of this action "for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (Doc. 6.) That deadline has passed, and Plaintiff failed to seek a default judgment.

       Accordingly, this action is dismissed pursuant to Rule 41(b). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:   October 25, 2021
            New York, New York

                                                            VERNON S. BRODERICK
                                                            United States District Judge